In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by WILLIAM T. EMMET, Superintendent of Insurance, for an Order to Take Possession of the Property and Liquidate the Business of THE EMPIRE STATE SURETY COMPANY, Respondent.

RICHMOND RADIATOR COMPANY, Appellant.

*Matter of Empire State Surety Co.*, 164 App. Div. 586, appeal dismissed.

(Argued February 24, 1915; decided March 16, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 4, 1914, which modified and affirmed as

modified an order of Special Term punishing the appellant for contempt.

*Irving S. Olds* and *Joseph M. Hartfield* for appellant.

*M. J. Wright* and *Frederic G. Dunham* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, MILLER, CARDOZO and SEABURY, JJ.